UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, SR., ) | NO. CV 10-05462 AHM (SS) |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS,** |
| ) | |
| v. ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| ) | |
| ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| KELLY HARRINGTON, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 22, 2010

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE