1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10
11   DERRICK JESUS ODEN, SR.,        ) NO. CV 10-05462 AHM (SS)
                                     )
12                    Petitioner,    )
                                     )
13              v.                   )          **JUDGMENT**
                                     )
14   KELLY HARRINGTON, Warden,       )
                                     )
15                    Respondent.    )
     _____)
16
17
18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20
21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23
24        DATED:   December 22, 2010

25                                 _____
                                   A. HOWARD MATZ
26                                 UNITED STATES DISTRICT JUDGE

27   **JS-6**

28